FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2002 MAY 28 A 10: 3

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

| | |
|---|---|
| TINA RITENOUR <br> 3 West Elizabeth Street <br> Delmar, MD 21875 <br><br> Plaintiff <br><br> v. <br><br> VIKING COLLECTION SERVICE, INC. <br> 7500 Office Ridge Circle <br> Eden Prairie, MN 55433 <br><br> Defendants | Civil Action No. L-02-1048 <br><br> COMPLAINT |

## NOTICE OF DISMISSAL

Plaintiff, Tina Ritenour, through her attorney, hereby requests that her complaint against Viking Collection Services be dismissed with prejudice.

Respectfully Submitted,

*Jennifer Beaufort* (signature)

Jennifer L. Beaufort
Federal Bar No. 26646
Legal Aid Bureau, Inc.
111 High Street
Salisbury, MD 21801
(410) 546-5511
(410) 860-2148 (fax)

APPROVED THIS 28TH DAY OF May, 2002

*Blee* (signature)
BENSON EVERETT LEGG, U.S.D.J.

MAY 28 2002

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TINA RITENOUR<br>3 West Elizabeth Street<br>Delmar, MD 21875<br><br>    Plaintiff<br><br>v.<br><br><br>VIKING COLLECTION SERVICE, INC.<br>7500 Office Ridge Circle<br>Eden Prairie, MN 55433<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. L-02-1048<br><br><br><br><br>COMPLAINT |

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of May, 2002, a copy of the foregoing Notice of Dismissal was mailed, postage prepaid, to Dave Haggarty, Esq., c/o Northland Insurance, P. O. Box 64805, St. Paul, Minnesota 55120, Attorney for Viking Collection Services.

Respectfully Submitted,

/s/ Jennifer L. Beaufort

Jennifer L. Beaufort
Federal Bar No. 26646
Legal Aid Bureau, Inc.
111 High Street
Salisbury, MD 21801
(410) 546-5511
(410) 860-2148 (fax)