UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TINA RITENOUR | ) | Civil Action No. L-02-CV-1048 |
| Plaintiff | ) | |
| v. | ) | |
| ERIC BERMAN, P.C., | ) | |
| ERIC BERMAN | ) | |
| VIKING COLLECTION SERVICE | ) | |
| Defendants | ) | |

### STIPULATION OF DISMISSAL

Plaintiff, Tina Ritenour, through her attorney, and Defendant, Eric M. Berman, *pro-se* and as counsel for Defendant Eric M. Berman, P.C., stipulate to the dismissal of the above action with prejudice.

Respectfully Submitted,

_____
Tina Ritenour

_____
Jennifer L. Beaufort (26646)
Legal Aid Bureau, Inc.
111 High Street
Salisbury, MD 21801
(410) 546-5511
(410) 860-2148 (fax)

Approved
September 4, 2002
Benson Legg
USDJ

_____
Eric M. Berman (1262)
500 West Main Street, Suite 212
Babylon, NY 11702
(631) 486-4900
(631) 486-4997 (fax)



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TINA RITENOUR | ) | Civil Action No. L-02-CV-1048 |
| | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v | ) | |
| | ) | |
| | ) | |
| ERIC M. BERMAN, P.C., | ) | |
| ERIC M. BERMAN, | ) | |
| VIKING COLLECTION SERVICE | ) | |
| Defendants | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 17 day of August, 2002, a copy of the foregoing Stipulation of Dismissal was sent via certified mail, postage prepaid, to Eric M. Berman, P.C., 500 West Main Street, Suite 212, Babylon, NY 11702.

Respectfully Submitted,

Jennifer L. Beaufort
Federal Bar No. 26646
Legal Aid Bureau, Inc.
111 High Street
Salisbury, MD 21801
(410) 546-5511
(410) 860-2148 (fax)

2

**LSC**  **LEGAL AID BUREAU, INCORPORATED**

LOWER EASTERN SHORE OF MARYLAND
111 HIGH STREET
P. O. BOX 4116
SALISBURY, MD 21803

TTY/VOICE/RELAY: (410) 546-5511
FACSIMILE: (410) 860-2148

WARREN S. OLIVERI, JR., PRESIDENT

CHARLES H. DORSEY JR. (1930-1995)

WILHELM H. JOSEPH, JR.

RHONDA B. LIPKIN

HANNAH E. M. LIEBERMAN

ROBERT M. McCAIG
*Admitted in Maryland and Delaware*

JENNIFER L. BEAUFORT

KAREN M. DEAN

FARMWORKER PROGRAM
LAURA B. STACK

8/28/02

Clerk
U.S. District Court for the District of Maryland
Garmatz Courthouse
101 W. Lombard Street
Baltimore, MD 21201

Re: Tina Ritenour v. Eric M. Berman, P.C., et al., Civil Action No. L-02-1048

Dear Sir/Madam:

    Enclosed please find a signed Stipulation of Dismissal in the above captioned case. Please file the original and return the two enclosed copies to me, date/time stamped. Thank you very much.

Sincerely,

Jennifer Beaufort
Bar No. 26646

Enclosures


United Way